JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929
Email: Lawbw@aol.com

Attorney for Plaintiffs
Cong ZHI
Ye YUAN
Tianqi ZHI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cong ZHI<br>Ye YUAN<br>Tianqi ZHI<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>CONDOLEEZZA RICE, Secretary of State<br>JOSEPH P. MARTIN, Officer in Charge,<br>USCIS Beijing Office<br><br>Defendants. | Case No.: CV 08 2809<br><br>**PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS** |

Plaintiffs Cong ZHI, Ye YUAN and Tianqi ZHI, by and through their undersigned attorney, sue Defendants and state as follows:

1. This action is brought against the Defendants to compel action on two Refugee Asylee Relative Petitions, or Form I-730, properly filed by Plaintiff Cong ZHI on behalf of Plaintiffs Ye YUAN and Tianqi ZHI. The applications remain within the jurisdiction of the Defendants, who have improperly withheld action on said applications to Plaintiffs' detriment.

## PARTIES

2. Plaintiffs Cong ZHI, Ye YUAN and Tianqi ZHI are natives and citizens of the People's Republic of China. Plaintiff Cong ZHI's two Refugee Asylee Relative Petitions (Form I-730) on behalf of her son, Plaintiff Ye YUAN, and her daughter, Plaintiff Tianqi ZHI, were approved by

1. the U.S.C.I.S. (**Exhibit 1: Approval Notices of I-730**) on December 19, 2005.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

4. Defendant Condoleezza Rice is the Secretary of State, and this action is brought against her in her official capacity. She is generally charged with visa and travel documents issuance under the INA.

5. Defendant Joseph P. Martin Is the Officer in Charge at USCIS' Beijing office and he is charged with the authority to adjudicate and make decisions on I-730 visa petitions once the USCIS Nebraska Service Center has approved the petition.

### JURISDICTION

6  Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

### VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where Plaintiff Cong ZHI resides if no real property is involved in the action. Specifically, Plaintiff Cong ZHI resides in Santa Rosa, California and no real property is involved in the instant action.

### EXHAUSTION OF REMEDIES

8. Plaintiffs have exhausted their administrative remedies. Plaintiffs have made inquiries concerning the said I-730 Petitions, to no avail.

### CAUSE OF ACTION

9. Plaintiff Cong ZHI's two Refugee Asylee Relative Petitions (Form I-730) on behalf of her son, Plaintiff Yuan YE, and her daughter, Plaintiff Tianqi ZHI, were approved by the U.S.C.I.S. (**Exhibit 1: Approval Notices of I-730**) on December 19, 2005.

10. Defendants have unreasonably delayed in completing Plaintiffs' I-730 Petitions and in issuing the travel documents for more than three years and three months from the date of their filing, thereby depriving them of the right to a decision on the petitions and the peace of mind to which Plaintiffs are entitled.

11. Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Plaintiffs have been damaged by simply being deprived of the adjudication of their Form I-730 petitions for more than three years and three months since their filing. Plaintiff Cong ZHI has been unable to reunite in the United States with her two children, who still remain in China (**Exhibit 2: Current Address and Phone Number in China**), due to the pendency of the travel documents to Plaintiffs Ye YUAN and Tianqi ZHI.

12. The Defendants, in violation Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.* are unlawfully withholding or unreasonably delaying action on Plaintiffs' travel documents and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

## PRAYER

12. WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring the defendants to complete the adjudication of Plaintiffs' two I-730s;

    (b) requiring further the defendants to issue travel documents expeditiously without further delay or in accordance with the Court ruling;

    (c) declaring the Plaintiffs as the prevailing party and awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act upon motion; and

    (d) granting such other relief at law and in equity as justice may require.

Dated: June 3, 2008                                           Respectfully submitted,

1
2
3
4
5                              _____
                               Justin X. Wang, Esq.
6                              Attorney for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.:                                  4        F:\LING MIAO\Mandamus\I-730\ZHI Cong\Complaints.wpd

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 3, 2008

Respectfully submitted,

Justin X. Wang, Esq.
Attorney for Plaintiffs

Case No.:

5

F:\LING MIAO\Mandamus\I-730\ZHI Cong\Complaints.wpd

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1 | Approval Notices of I-730 |
| 2 | Current Address and Phone Number in China for Plaintiff Ye YUAN and Plaintiff Tianqi ZHI |

Case No.:

6

F:\LING MIAO\Mandamus\I-730\ZHI Cong\Complaints.wpd

Ex. 1

| RECEIPT NUMBER | CASE TYPE | I730 |
|---|---|---|
| LIN-05-108-55439 | REFUGEE ASYLEE RELATIVE PETITION | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER | A077 707 440 |
|---|---|---|---|
| February 28, 2005 | | ZHI, CONG | |

| NOTICE DATE | PAGE |
|---|---|
| December 19, 2005 | 1 of 1 |

HENRY R. HU ESQ
520 S EL CAMINO REAL STE 510
SAN MATEO CA 94402

Notice Type: Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Family members:

| Name | DOB | COB | Class | A-Number |
|---|---|---|---|---|
| NONE | | | ASY | |
| YUAN, YE | 05/02/1983 | CHINA, PEOPLE'S REPUBLIC OF | ASY | A077960998 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

| RECEIPT NUMBER<br>LIN-05-108-55447 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>February 28, 2005 | PRIORITY DATE | PETITIONER A077 707 440<br>ZHI, CONG |
| NOTICE DATE<br>December 19, 2005 | PAGE<br>1 of 1 | |

HENRY R. HU ESQ
520 S EL CAMINO REAL STE 510
SAN MATEO CA 94402

Notice Type: Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Family members:

Name          DOB          COB                              Class A-Number
NONE
ZHI, TIANQI   02/09/1989   CHINA, PEOPLE'S REPUBLIC OF      ASY    A079609985

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U.S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Ex. 2

## Address in China for Plaintiff Ye YUAN and Tianqi ZHI

中国辽宁省沈阳市
铁西区保工北街 76 号 65 号楼 8-8
邮编：110026
袁野先生、智天琪小姐

电话：　　011-86-134-7828-6728
　　　　　011-86-133-3249-7651
　　　　　011-86-159-1074-9727