1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  CONG ZHI; YE YUAN; TIANQI ZHI,        )
                                          )  No. C 08-2809 SI
13             Plaintiffs,                )
                                          )
14        v.                              )  **STIPULATION TO EXTEND DATES;**
                                          )  **and [PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the    )
    Department of Homeland Security;      )
16  CONDOLEEZZA RICE, Secretary of State; )
    JOSEPH P. MARTIN, Officer in Charge,  )
17  USCIS Bejing Office,                  )
                                          )
18             Defendants.                )
   _____)
19

20       Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22       1.  Plaintiffs filed this action on or about June 5, 2008, and Defendants' response is due on

23  August 8, 2008.

24       2.  Pursuant to this Court's June 5, 2008 Order Setting Initial Case Management Conference,

25  the parties are required to file a joint case management statement on September 5, 2008, and attend

26  a case management conference on September 12, 2008.

27       3.  United States Citizenship and Immigration Services issued a request for evidence to

28
   Stip to Ext Time
   C 08-2809 SI

1  Plaintiffs, and their response is due on August 13, 2008.

2      3.  In order to allow sufficient time for USCIS to review the evidence, and consider an

3  alternative resolution to this case and/or Answer, the parties hereby respectfully ask this Court to

4  extend the dates in the Court's scheduling order as follows:

5      Defendants' Answer:                                September 5, 2008

6      Last day to file Joint ADR Certification:          September 12, 2008

7      Last day to file/serve Joint Case Management Statement:    September 26, 2008

8      Case Management Conference:                        October 3, 2008 at 2:00 p.m.

9

10  Dated: July 7, 2008                    Respectfully submitted,

11                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
12

13

14                                         _____/s/_____
                                           ILA C. DEISS
15                                         Assistant United States Attorney
                                           Attorney for Defendants
16

17  Dated: July 7, 2008                    _____/s/_____
                                           JUSTIN X. WANG
18                                         Attorney for Plaintiffs

19

20

21                                 **ORDER**

22      Pursuant to stipulation, IT IS SO ORDERED.

23

24  Date:                          _____
25                                         SUSAN ILLSTON
                                           United States District Judge
26

27

28

Stip to Ext Time
C 08-2809 SI