| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
|   | FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CONG ZHI; YE YUAN; TIANQI ZHI,
      Plaintiffs,
      v.
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CONDOLEEZZA RICE, Secretary of State; JOSEPH P. MARTIN, Officer in Charge, USCIS Bejing Office,
      Defendants.

No. C 08-2809 SI

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice because Plaintiffs' I-730 petitions have been reaffirmed and the United States Citizenship and Immigration Services agrees to expeditiously process the petitions without further delay.

///

///

///

///

Stipulation to Dismiss
C 08-2809 SI

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: September 3, 2008        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

            /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

10 | Dated: September 4, 2008        /s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stipulation to Dismiss
C 08-2809 SI